[No. 73646-9-I. Division One. June 13, 2016.]

THE CITY OF BELLEVUE, *Respondent*, v. GREENSUN GROUP, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-29863-3, Jean A. Rietschel, J., entered May 20, 2015. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Spearman, JJ.

[No. 73782-1-I. Division One. June 13, 2016.]

*In the Matter of the Personal Restraint of* GEORGE VILLALUZ, JR., *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 73837-2-I. Division One. June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RENO DUANE DOOLITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04437-9, Andrea A. Darvas, J., entered July 24, 2015. *Remanded with instructions* by unpublished per curiam opinion.

[No. 74840-8-I. Division One. June 13, 2016.]

BRITT EASTERLY, *Plaintiff*, ELZY EDWARDS ET AL., *Appellants*, v. CLARK COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-05520-7, Robert A. Lewis, J., entered February 27, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.